UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:24-mj-64 |
| | ) | |
| ROBERT ANTHONY SELADIS | ) | |

**ORDER**

Based upon the motion of the Government, and for good cause shown therein, it is hereby **ORDERED** that the complaint, affidavit, and arrest warrant, be unsealed for the limited purposes of facilitating the above-captioned defendant's initial appearance.

So **ORDERED** this 13th day of October 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA