**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

## CLERK'S MINUTES

CASE NO.: 1:24mj064 DATE: October 16, 2026

UNITED STATES OF AMERICA TIMES: 9:03AM- 9:18AM

V.

Robert Anthony Seladis

**Honorable:** J. Randal Hall, U.S. District Court Judge **Courtroom Deputy:** Paul Sullivan

**Court Reporter:** FTR **Interpreter:** n/a

**Probation Officer:** Justin Brownlee **Security:** Ketelaar, Adams

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** Richard Pacheco

**PROCEEDINGS: INITIAL APPEARANCE/COMPLAINT**

- [x] All parties present and ready to proceed
- [x] Court finds defendant competent to proceed
- [x] Defendant advised of rights
- [x] Defendant advised of charges/allegations in Affidavit
- [x] Defendant advised of right to preliminary hearing
- [x] Defendant waives preliminary hearing
- [ ] Preliminary Hearing scheduled for:
- [x] Government moves for detention
- [ ] Detention Hearing waived
- [ ] Detention hearing scheduled for:
- [ ] Detention Hearing held

Witness for the Govt: [ ] Witness sworn

Witness for the Deft: [ ] Witness sworn

- [x] Defendant Detained Pending Detention Hearing
- [ ] Defendant Detained
- [ ] Defendant remanded to custody of US Marshal
- [ ] Defendant granted bond:

Notes: R. Pacheco appointed.
Gov. moves for 3 days to prepare for detention hearing. Granted.