UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:24-MJ-064 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ANTHONY SELADIS | ) | |

**GOVERNMENT'S CERTIFICATE OF DISCOVERY DISCLOSURE AND NOTICE PURSUANT SDGA LOCAL RULE 16B(c)**

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and undersigned counsel, and states that copies of discovery materials, and an index of discovery, were made available to defense counsel via USAfx on October 16, 2026.

Furthermore, pursuant to Southern District of Georgia (SDGA) Local Rules Criminal (LR Crim.) 16B(c), notice is hereby given that the Government's initial discovery production will not include "transcripts of the grand jury testimony of all witnesses who will testify in the Government's case-in-chief, if subject to Federal Rules of Criminal Procedure [Fed. R. Crim. Pro.] 26.2 and to 18 U.S.C. 3500." *See* SDGA LR Crim. 16B(a)(6). Rule 26.2 requires, after a witness's testimony, upon a defendant's request, the United States produce "any statement of the witness that is in their possession and that relates to the subject matter of the witness's testimony." Fed. R. Crim. Pro. 26.2(a). A "statement" includes "the witness's statement to a grand jury, however taken or recorded, or a transcription of such a statement." Fed. R. Crim. Pro. 26.2(f)(3). Section 3500 states "[i]n any criminal prosecution brought by the United States, no statement or report in the possession of the United States which

was made by a Government witness or prospective Government witness (other than the defendant) shall be the subject of subpoena, discovery, or inspection until said witness has testified on direct examination in the trial of the case." 18 U.S.C. § 3500(a). The Government intends to provide any such material *no less than* 14 days before trial or sufficiently in advance of any pretrial motions hearing.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No.: 16573

P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4532
tara.lyons@usdoj.gov