**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

**CLERK'S MINUTES**

CASE NO.: 1:24mj064

DATE: October 20, 2026

UNITED STATES OF AMERICA

TIMES: 10:00 - 10:39
[Recess 10:24-10:35]

V.
Robert Anthony Seladis

**Honorable:** J. Randal Hall, U.S. District Court Judge

**Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR

**Interpreter:**

**Probation Officer:** Justin Brownlee

**Security:** CSO Ferarro; USMS Ketelaar

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** Richard Pacheco

**PROCEEDINGS:** **DETENTION HEARING**

☑ All parties present and ready to proceed

**Witness for the Govt:** ☐ Witness sworn

**Witness for the Govt:** ☐ Witness sworn

**Witness for the Govt:** ☐ Witness sworn

**Witness for the Deft:** ☐ Witness sworn

**Witness for the Deft:** ☐ Witness sworn

☑ Defendant Detained Pending further proceedings in this Court/trial

☑ Defendant remanded to custody of USMS

☐ Defendant granted bond:

Notes: